# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Suzanne Mary Brown
Debtor.

Case No. 26−10757−KB
Chapter 13

---

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A) and an initial payment of $80.00 having been received,

IT IS ORDERED:

The debtor shall pay the filing fee as outlined below in accordance with Local Bankruptcy Rule 1006−1.

**$78.00 on or before 9/28/2026**

**$78.00 on or before 10/26/2026**

**$77.00 on or before 11/27/2026**

FAILURE TO MAKE THESE PAYMENTS BY THE DATES SPECIFIED MAY RESULT IN DISMISSAL OF THIS CASE.

Until the filing fee is paid in full, the debtor must not make any additional payment or transfer any additional property to an attorney or anyone else for services in connection with this case.

Cash, personal checks and credit/debit cards of the debtor will not be accepted. Multiple payment options are available, including online payments, money orders, and cashier's checks. Additional information is available at www.nhb.uscourts.gov.

Date: August 26, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge

Form CMopayinstmp−298