UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | |
| Suzanne Mary Brown | ) | Bk. No.: 26-10757-KB |
| Debtor | ) | Chapter 13 |
| | ) | |

**EX PARTE MOTION TO DISMISS CHAPTER 13 BANKRUPTCY BY ADAMS EQUITY PARTNERS, LLC AND CORNERSTONE CAPITAL STRATEGIES, LLC**

NOW COME the Movants, Adams Equity Partners, LLC and Cornerstone Capital Strategies, LLC (hereinafter collectively "Movant"), in the above-captioned matter, by their attorneys, Victor W. Dahar, P.A., and pursuant to 28 U.S.C. §1408 files this Ex Parte Motion to Dismiss the Chapter 13 Bankruptcy filed by the Debtor, Suzanne Mary Brown (hereinafter "Debtor") for failure to meet the eligibility requirement for venue in the State of New Hampshire, and states as follows:

1. On August 26, 2026, the Debtor filed a Pro Se Emergency Voluntary Chapter 13 Bankruptcy Petition in the State of New Hampshire.

2. The Debtor lists her residence as 114 Lake Umbagog, Erroll, New Hampshire 03579.

3. In the Debtor's emergency Chapter 13 filing, she asserts that she has lived in this district over the last 180 days before filing the Petition, longer than in any other district.

4. The Debtor's permanent residence is 371 Thistle Street, Upton, Maine 04261. She executed a mortgage to CMG Mortgage, Inc. on February 5, 2021, which states that she lives there as her "permanent residence". (See Exhibit A)

5. In an Affidavit of Catherine Brown in support of her Emergency Motion to Quash State Criminal Prosecution, Impose Contempt Sanctions and Refer to United States Attorney, she asserts that she "was a passenger in a vehicle operated by my partner, Suzanne Brown. We

departed from 371 Thistle Street, Upton, Maine and traveled westbound on Route 26 toward the center of Errol, New Hampshire, to retrieve mail from the Errol Post Office…"

6. On August 25, 2026 the Debtor and her partner, Catherine Brown, appeared at a hearing before the Coos County Superior Court, titled Cornerstone Capital Strategies, LLC and Adams Investments, LLC v. White Mountain Organic Growers' Association, LLC and Catherine Elizabeth Brown and Suzanne Brown, Case No: 214-2021-CV-00058.

7. The Coos Superior Court found that the Plaintiff proved to the Court's satisfaction that the property at 114 Lake Umbagog, Errol, New Hampshire is not the homestead property of either Catherine Elizabeth Brown and Suzanne Brown. (See attached Exhibit B)

8. Catherine Brown had previously filed a Motion to Reopen her Chapter 12 Bankruptcy, Case No: 19-10296-KB, with the Bankruptcy Court and said Motion was denied on August 26, 2026 (Doc #224).

9. Now, Suzanne Brown files the Chapter 13 case in the State of New Hampshire, knowing that the Coos Superior Court found that their permanent residence is in Maine.

10. Jurisdiction in this case does not fall within the State of New Hampshire.

11. Furthermore, the Order from the Coos Superior Court is clear: "The defendants have no authority to disrupt or stop the Coos County Sheriff's Sale of the property at 114 Lake Umbagog, Errol, New Hampshire scheduled for August 26, 2026". L. MacLeod, Jr. Judge

12. For these reasons, the Chapter 13 case of Suzanne Brown should be dismissed for lack of jurisdiction in the State of New Hampshire.

13. The Movants assert that the New Hampshire Bankruptcy Court does not have proper venue over of the subject matter and the parties pursuant to 28 U.S.C. §1410, because the Debtor does not reside in New Hampshire.

14. Furthermore, the Movants assert that the New Hampshire Bankruptcy Court does not have proper venue of the subject matter and the parties pursuant to 28 U.S.C. §1410, because Catherine Brown, the Debtor's partner, had previously filed a Motion to Reopen her Chapter 12 Bankruptcy, Case No: 19-10296-KB, with the Bankruptcy Court and said Motion was denied on August 26, 2026 (Doc #224), thereby removing the pending case under title 11 concerning such person's affiliate, general partner, or partnership.

WHEREFORE, Movants, Adams Equity Partners, LLC and Cornerstone Capital Strategies, LLC, respectfully requests that this Honorable Court:

1. Grant Movant's Ex Parte Motion to Dismiss Chapter 13 Bankruptcy Case;
2. Dismiss the Chapter 13 Bankruptcy Case of the Debtor;
3. Find the Debtor fails to meet the requirement of venue pursuant to 28 U.S.C. §1408;
4. Grant such other and further relief as is deemed just and equitable.

Respectfully submitted,
Adams Equity Partners, LLC and
Cornerstone Capital
Strategies, LLC, Movants
By their Attorneys,
**VICTOR W. DAHAR, P.A.**

Dated: August 26, 2026

By:/s/Eleanor Wm. Dahar

Eleanor Wm. Dahar, Esq.
20 Merrimack Street
Manchester, NH 03101
(603) 622-6595
BNH 01784