Filed
File Date: 8/25/2026 11:15 AM
Coos Superior Court
E-Filed Document

Exhibit B

STATE OF NEW HAMPSHIRE

COOS COUNTY, SS SUPERIOR COURT

Docket No: 214-2021-CV-00058

Cornerstone Capital Strategies, LLC and Adams Investments, LLC

v.

White Mountain Organic Growers' Association, LLC

&

Catherine Elizabeth Brown and Suzanne Brown

**PROPOSED ORDER**

Following a hearing held on August 25, 2026, Court enters the following Order:

1. Plaintiffs appeared at the hearing and proved to the Court's satisfaction that the property located at 114 Lake Umbagog, Errol, New Hampshire, is not the homestead property of either Catherine Elizabeth Brown and Suzanne Brown.

2. Following the receipt of proceeds from the Sheriff's Sale scheduled for August 26, 2026 on property known as 114 Lake Umbagog, Errol, New Hampshire, the Coos County Sheriff shall deliver the excess proceeds from the sale (following satisfaction of the Writ of Execution and payment of poundage to the Coos County Sheriff) to this Court. See below.

So Ordered:

August 25, 2026

Date

Honorable Lawrence A. MacLeod

Presiding Justice

Clerk's Notice of Decision
Document Sent to Parties
on 08/25/2026



This is a Service Document For Case: 214-2021-CV-00058
Coos Superior Court
8/25/2026 1:12 PM

**CERTIFICATE OF SERVICE**

I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

Date: August 25, 2026

/s/ Carolyn K. Cole
Carolyn K. Cole – NH Bar #14549

3. The defendants have no authority to disrupt or stop the Coos County Sheriff's sale of the 114 Lake Umbagog, Errol, New Hampshire scheduled for August 26, 2026.

4. The defendants do not have authority pursuant to RSA 529:20-a or RSA 529:25-a to make a written claim to the Coos County Sheriff that either defendant is entitled to a homestead exemption pursuant to RSA 480:1. Commensurate with this finding and ruling, said Sheriff is permitted to sell the subject property for a sum less than the amount of the purported homestead exemption claimed by the defendants.

5. Any certified letter(s) authored by the defendants delivered to the Coos County Sheriff ordering the cancellation of the sale of the subject property are null and void and of no force and effect.

SO ORDERED.

Honorable Lawrence A. MacLeod, Jr.
August 25, 2026

Clerk's Notice of Decision
Document Sent to Parties
on 08/25/2026