UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: Suzanne Brown,
Debtor

Case No. 26-10757-KB
Chapter 13

**CERTIFICATE OF SERVICE**

I certify that on the date below I served copies of the foregoing filings(s) entitled Ex Parte Motion to Dismiss Chapter 13 filed by Adams Investments, LLC and Cornerstone Capital Strategies, LLC to all parties named below by United States first class postage prepaid mail at the address(es) listed or in such other manner as indicated:[1]

**Via ECF Electronic Mail**:

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

**Via First Class U.S. Mail:**

Suzanne Brown,
PO Box 253
114 Lake Umbagog
Errol, NH 03579

Debtor, Pro Se

Carolyn K. Cole, Esq.,
Cole Myers PLLC
18 Bank Street
Lebanon, NH 03766

Counsel for Adams Investments, LLC & Cornerstone Capital Strategies, LLC

I, Eleanor Wm. Dahar, certify that I am eighteen (18) years of age or older, and under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,
**VICTOR W. DAHAR, P.A.**

Dated: August 26, 2026

By:/s/Eleanor Wm. Dahar
Eleanor Wm. Dahar, Esq.
20 Merrimack Street
Manchester, NH 03101
(603) 622-6595
BNH 01784

[1] List the name(s) and address(es) of all parties to whom you sent the pleading(s). If service was other than by first class postage prepaid mail, clearly indicate the manner of service to each person or party (for example, via CM/ECF, Certified Mail, Returned Receipt Requested, etc.).