UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Suzanne Mary Brown,
Debtor

Case No. 26-10757-KB
Chapter 13

# **ORDER**

The Motion to Dismiss Chapter 13 Bankruptcy filed by Adams Equity Partners, LLC and Cornerstone Capital Strategies, LLC is granted.