United States Bankruptcy Court
District of New Hampshire

In re: Case No. 26-10757-KB
Suzanne Mary Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1 User: admin Page 1 of 1
Date Rcvd: Aug 26, 2026 Form ID: 812 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Suzanne Mary Brown, P.O. Box 253, Errol, NH 03579-0253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew M. Dudley | jawill@chap13.com ecfbrunswick@trustee13.com;avery@chap13.com;amd@chap13.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

In re:

Suzanne Mary Brown
Debtor.

Case No. 26−10757−KB
Chapter 13

**NOTICE OF REQUIREMENT TO FILE AFFIDAVITS IN A CHAPTER 13 CASE**

Notice is hereby given that, in accordance with Local Bankruptcy Rule 3015−2, a debtor must file certain Local Bankruptcy Form (LBF) affidavits in order to receive a discharge under chapter 13.

LBF 3015−2A, Affidavit of Debtor Regarding Domestic Support Obligations and Domicile, Equity and Litigation Status at the Time of Confirmation of the Plan, must be filed before the 341 Meeting and no later than the scheduled hearing date on confirmation of the chapter 13 plan.

LBF 3015−2B, Affidavit of Debtor Regarding Discharge, must be filed after the final plan payment has been made to the trustee.

Local Bankruptcy Forms are available on the Rules and Forms page of the Court's website at www.nhb.uscourts.gov.

Date: August 26, 2026

Kristie Trimarco
Clerk of Court
By: /s/ K. Mikolaities
Deputy Clerk

Form ntcaffidavitch13−812