**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re: Case No. 26-10757-KB
Chapter 13

Suzanne Mary Brown,

Debtors.

**ORDER**

On September 11, 2026, the Debtor filed a chapter 13 plan (ECF. No. 23) (the "**Plan**") but apparently failed to serve it and failed to provide notice of the hearing on confirmation as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(b) and LBR 3015-1(b). Accordingly, the Debtor is ordered to serve the Plan and a notice of hearing on confirmation in the form of LBF 3015-1B for a hearing on November 6, 2026, at 9:00 a.m. and file the notice of hearing and a certificate regarding such service with the Court no later than September 18, 2026. Failure to comply with this order shall result in this case being dismissed without further notice or hearing.

Date: September 11, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge