**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Case No. 26-10757-KB
Chapter 13

Suzanne Mary Brown,

Debtors.

# ORDER

On September 14, 2026, Suzanne Mary Brown (the "**Debtor**") filed an Emergency Motion for (I) Immediate Interim Relief Enjoining Further Proceedings on the Pending State Court Contempt Motion, (II) Declaring That Contempt Motion Void as a Stay Violation And Independently Defective Under State Law, (III)Enjoining Further Violations of the Automatic Stay, And (IV) Sanctions Against Cornerstone Capital Strategies, LLC, Adams Equity Partners, LLC, Eli Adams, and Attorney Carolyn K. Cole, For Violation of the Automatic Stay Filed by Debtor Suzanne Mary Brown (the "**Motion**"). ECF No. 28. The Motion fails to comply with LBR 9013-1 as (1) the hearing time is not listed in the notice of hearing (LBF 7104-1), and (2) the Certificate of Service does not indicate whether the Notice of Hearing was served on any parties. Additionally, the Motion is styled as an "emergency" but fails to comply with LBR 9013-2. As a result, the Motion is denied without prejudice.

Date: September 15, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge