**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Case No. 26-10757-KB
Chapter 13

Suzanne Mary Brown,

Debtor.

**AMENDED ORDER DENYING CONFIRMATION AND DISMISSING CASE**

The Court entered an order (ECF No. 25) (the "**Order**") on September 11, 2026, directing the Debtor to properly serve her plan, provide notice of the hearing on confirmation, and file a certificate regarding such service with the Court on or before September 18, 2026, failing which confirmation would be denied and the case may be dismissed. As of today's date, the Debtor has failed to comply with the Order. The Debtor did file a plan, ECF No. 31, but the notice of hearing does not state the time of the confirmation hearing, *id.* at 8, and the certificate of service does not indicate that the notice of hearing was served, *id.* at 9–11. Accordingly, confirmation is denied, and the case is dismissed.

Date: September 21, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge