UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Suzanne M. Brown,
Debtor

Case No. 26-10757-KB
Chapter: 13

**ORDER**

ORDER DENYING DEBTOR'S EX PARTE APPLICATION TO WAIVE THE FILING FEE FOR NOTICE OF APPEAL AND TO PROCEED ON APPEAL IN FORMA PAUPERIS

This matter having come before the Court;

IT IS HEREBY ORDERED:

The Application is DENIED.

DATED: October 13, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge