**UNITED STATES BANKRUPTCY COURT**
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Suzanne Mary Brown
Debtor.

Case No. 26−10757−KB
Chapter 13

---

## NOTICE OF COURT FEE DUE

The following fees are currently due and owing to the Clerk's Office under 28 U.S.C. § 1930(b) and the Miscellaneous Bankruptcy Fees Schedule. Failure to pay the fees may result in the scheduling of an Order to Show Cause hearing and/or posssible dismissal of the case and/or document.

Fee related to Doc. No.: 44

Fee is owed by: Suzanne Mary Brown, Debtor

Type of fee: Notice of Appeal and Statement of Election

Amount Due: $298.00

**Fee Due on or before: October 27, 2026**

Cash, personal checks and credit cards of the debtor will not be accepted.

Multiple payment options are available, including online payments, money orders, and cashier's checks. Additional information is available at www.nhb.uscourts.gov. If mailing the payment, the money order or cashier's check should be made payable to the Clerk, U.S. Bankruptcy Court and sent to the address listed on the top of this form.

See Local Bankruptcy Rules 5080−1 and 5081−1 for information regarding fees.

Date: October 13, 2026

Kristie Trimarco
Clerk of Court
By: /s/ P. Ptak
Deputy Clerk

Form ntccrtfeedue−840