# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Suzanne Mary Brown
Debtor.

Case No. 26−10757−KB
Chapter 13

---

## NOTICE TO APPELLANT

Notice is hereby given that the Appellant shall do the following on or before **October 27, 2026** in accordance with the requirements of Federal Rule of Bankruptcy Procedure 8009:

1. File with the Clerk of the Bankruptcy Court and serve on the Appellee a designation of the items to be included in the record on appeal;

2. File with the Clerk of the Bankruptcy Court and serve on the Appellee a statement of the issues to be presented on appeal; and

3. File with the Clerk of the Bankruptcy Court and serve on the Appellee a notice that the transcript has been ordered, if one is designated by the Appellant to be included in the record on appeal, and make satisfactory arrangements for payment of the transcript's cost. If no transcript is designated, file a certificate with the Clerk stating no transcript will be ordered.

Date: October 13, 2026

Kristie Trimarco
Clerk of Court
By: /s/ P. Ptak
Deputy Clerk

Form ntcappellant−306