# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re: Bk. No. 26-10757-KB
Chapter 13

Suzanne Mary Brown,
Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the Order Denying Application to Waive Filing Fee, Clerks Notice of Court Fees Due, and Notice to Appellant re: Notice of Appeal. Doc. Nos. 47, 48, and 50 on the person listed below by causing it to be mailed by first-class United States Mail, postage prepaid.

Suzanne Mary Brown
P.O. Box 253
Errol, NH 03579

For the Court
Bonnie L. McAlary, Clerk

Date: October 13, 2026

By: /s/ P. Ptak
Deputy Clerk